**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gallegos,<br><br>　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　Respondents. | No. CV-01-01909-PHX-NVW<br><br>**ORDER**<br><br><u>DEATH PENALTY ORDER</u> |

Before the Court is Petitioner's Motion to Present Testimony of Lay Witnesses.  (Doc. 211.)  The Parties stipulate to the admission of the declarations of Aaron Barrett and Statia Peakheart, and they will be accepted.

　　IT IS THEREFORE ORDERED that the declarations of Aaron Barrett and Statia Peakheart may be admitted but not live testimony.

　　IT IS FURTHER ORDERED that the declarations of Sally Ake, Russell Randall, Anthony Duran, Mary Durand, Michelle Emig, Hortensia Gallegos, Jerry Gallegos, Jr., Margaret Gallegos, Melodee Nowatzki, and Noah Stalvey will be admitted in lieu of live testimony, but Petitioner must produce for live cross-examination at the hearing any such witness whose declaration is offered.

　　Dated: October 15, 2020.

_____
Neil V. Wake
Senior United States District Judge