**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gallegos, | No. CV-01-01909-PHX-NVW |
| Petitioner, | **ORDER** |
| v. | DEATH PENALTY ORDER |
| David Shinn, et al., | |
| Respondents. | |

IT IS ORDERED that Respondents' Motion to Present In Person Testimony of Expert Witness (Dr. Corwin Boake) (Doc. 212) is granted, as the Court expects the testimony will be vigorously cross-examined.

Dated: October 15, 2020.

_____
Neil V. Wake
Senior United States District Judge