**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gallegos, | No. CV-01-01909-PHX-NVW |
| Petitioner, | **ORDER** |
| v. | <u>DEATH PENALTY ORDER</u> |
| David Shinn, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion to Produce Lay Witnesses for Cross-Examination Via Video-Teleconferencing. (Doc. 221.) Citing health concerns raised by the COVID-19 pandemic, Petitioner requests that witnesses Sally Ake, Russell Randall, and Noah Stalvey, who are in a high risk category due to age or underlying health issues, be allowed to testify by video at the upcoming evidentiary hearing. Respondents do not object. Good cause appearing,

**IT IS HEREBY ORDERED** granting the motion (Doc. 221). Sally Ake, Russell Randall, and Noah Stalvey are permitted to testify via video-teleconference.

**IT IS FURTHER ORDERED** directing Petitioner's counsel to make the arrangements for such testimony.

Dated this 27th day of October, 2020.

_____
Neil V. Wake
Senior United States District Judge